■ CHANNING REUSCHENBERG, Respondent, v. FREDERICK S. MERRITT et al., Appellants.— In an action to foreclose a mechanic's lien, the appeal is from an order of the County Court, Nassau County, dismissing the complaint at the close of the plaintiff's case insofar as said order grants leave to serve an amended complaint alleging the existence of a contract and plaintiff's performance thereof and as denies costs to defendants. Order modified by striking therefrom everything following the word "granted" in the first ordering paragraph and by adding thereto the words "without prejudice, and with costs to defendants." As so modified order affirmed, with $10 costs and disbursements to appellants. It is clear that the trial court intended the dismissal to be without prejudice to future proceedings by any of the parties. On the scant record presented in this court, it cannot be said that such dismissal is unwarranted. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.

## (October 29, 1956)

■ TERESA F. EGAN, Appellant, v. LEO McLAUGHLIN et al., Respondents, and PAULA F. GOODMAN, Respondent and Third-Party Plaintiff. DOUGLAS FAULKNER et al., Third-Party Defendants.— Motions for reargument referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. Motions denied, without costs. On the court's own motion, the decision handed down July 18, 1956 is amended by striking from the third paragraph of said decision the words "therefrom the second ordering paragraph" and by substituting therefor the words "from the third ordering paragraph the words 'and the said defendant is hereby declared to be an innocent purchaser of said bond and mortgage for value'." Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See ante, p. 771.]

■ WALTER A. FOLEY, Appellant, v. INCORPORATED VILLAGE OF HEMPSTEAD, Respondent.— In an action to recover damages for personal injuries alleged to have been sustained when plaintiff tripped and fell over an obstruction on a public sidewalk, the complaint was dismissed at the close of the plaintiff's case. The appeal is from the judgment entered thereon. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ HOLLYWOOD SHOE POLISH, INC., Respondent, v. KNOMARK MFG. CO., INC., Appellant.— In an action for a permanent injunction and for other relief, the appeal is from so much of an order as grants respondent's motion for an examination of appellant before trial and for a discovery and inspection. Order modified by striking from the first ordering paragraph thereof items "4", "6", "8", "11", and "12". As so modified, order, insofar as appealed from, affirmed, without costs. The examination is to proceed on five days' written notice. It is not necessary that respondent obtain from appellant the information set forth in the deleted items. Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.